# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN VANCE | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-896-S-BH |
| KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION | § § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 21. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 15, 2022.

**UNITED STATES DISTRICT JUDGE**